Fill in this information to identify the case:

Debtor 1 Theresa Cosolito

Debtor 2 ______________________

(Spouse, if filing)

United States Bankruptcy Court for the MIDDLE District of PENNSYLVANIA

Case number 5:26-bk-02048-MJC

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE, FOR THE HOLDERS OF THE CIM TRUST 2021-R2, MORTGAGE-BACKED NOTES, SERIES 2021-R2

**Court claim no**. (if known): 15-1

**Last 4 digits** of any number you use to identify the debtor's account: 7616

**Date of payment change:** 11/1/2026
Must be at least 21 days after date of this notice

**New total payment:** $157.74
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*

**Part 1: Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

■ No.
□ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
______________________________

**Current escrow payment:** _ **New escrow payment:**

**Part 2: Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

□ No
■ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
______________________________

**Current interest rate:** 11.25000% **New interest rate:** 11.62500%

**Current principal and interest payment:** $166.79 **New principal and interest payment:** $157.74

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

■ No
□ Yes.

**Current HELOC payment:** **$**

**Reconciliation amount:** **+$** or
**- $**

**Amount of next payment (including reconciliation amount)** **$**

**Amount of the new payment thereafter (without reconciliation amount)** **$**

## Part 4: Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

■ No
□ Yes Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: ______________________________

**Current mortgage payment** **New mortgage payment:**

| Part 5: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor
- ■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Jordan Katz Date 9/28/2026
Signature

Print Jordan Katz Title Authorized Agent for Creditor
First Name Middle Name Last Name

Company Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address 13010 Morris Rd., Suite 450
Number Street

Alpharetta, GA 30004
City State ZIP Code

Contact Phone 470-321-7112 Email jkatz@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 1st, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Theresa Cosolito**
916 Luzerne St
Scranton, PA 18504

And via electronic mail to:

**Carlo Sabatini**
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512

**Jack N Zaharopoulos**
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

**United States Trustee**
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

By: /s/ Olivia Barnett
Olivia Barnett

SPS SELECT Portfolio SERVICING, inc.

Sign up for paperless delivery at www.spservicing.com

Paperless

September 8, 2026

[redacted]

THERESA COSOLITO
916 LUZERNE ST
SCRANTON, PA 18504

**Account Number:** [redacted]
**Property Address:** 916 LUZERNE STREET
SCRANTON, PA 18504

Dear Customer(s):

SPS is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

SPS is committed to providing you with the information you need to manage the account's home mortgage payments.

**CHANGES TO THE MORTGAGE INTEREST RATE AND PAYMENTS ON 11/01/2026.**

Under the terms of the account's Adjustable-Rate Mortgage, you had a 6 month period during which the interest rate and principal and interest payment remained the same. The interest rate initially changed on 10/01/2006 and may change every 6 month(s) for the life of the mortgage. The rate is scheduled to change again on 04/01/2027 with a corresponding payment change on 05/01/2027.

| | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 11.25000% | 11.62500% |
| Principal | $81.30 | $70.18 |
| Interest | $85.49 | $87.56 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| **Total Monthly Payment** | $166.79 | $157.74<br>Due 11/01/2026 |

**Interest Rate:** We calculated the interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under the loan agreement, the index rate is 4.36432% and the margin is 7.25000%. The index is the FTSE USD IBOR CONSUMER CASH FALLBACK 6-MONTH and is published MONTHLY AT LSEG.COM.

**Rate Limits:** The rate cannot go higher than 15.75000% or less than 8.75000% over the life of the loan.

[redacted]

The rate can change each subsequent period by no more than 1.50000%.

**New Interest Rate and Monthly Payment:** The table above shows the new interest rate and new monthly payment. The new payment is based on the FTSE USD IBOR CONSUMER CASH FALLBACK 6-MONTH, the margin, rounding of 0.12500%, the account balance of $9,038.14, and the remaining amortized loan term of 84 months.

Please note that if you are currently set up on our automatic withdrawal program (ACH), the monthly payment will change to match the amount provided in this notice. This change will be made as of the first scheduled automatic payment after the date this payment change is effective.

**Prepayment Penalty**: None

If you seek an alternative to the changes to the interest rate and payment, the following options may be possible (subject to lender approval):

- Refinance the loan with another lender;
- Sell your home and use the proceeds to pay off the current loan;
- Modify the loan terms with us;
- Payment forbearance, which temporarily gives you more time to pay the monthly payment.

Please contact our Customer Service Department toll-free at 800-258-8602 for more information. Representatives are available Monday through Friday between the hours of 8 a.m. and 8 p.m., and Saturday from 8 a.m. to 3 p.m., Eastern Time.

If you would like counseling or assistance you can contact the following: U.S. Department of Housing and Urban Development. For a list of homeownership counselors or counseling organizations in your area, go to https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or you can call HUD at 1-800-569-4287.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**