Gerritys Supermarket INC
950 North South Rd
Scranton, PA 18504-1430
570/342-4144

| Pay Begin Date: | 05/10/2026 |
| Pay End Date: | 05/16/2026 |

| P'Soft Check/Advice #: | 000000042898760 |
| Advice Date: | 05/22/2026 |

Theresa Cosolito
916 Luzerne Street
Scranton, PA 18504

| Employee ID: | 300994167 |
| Store/Div: | 0484 |
| Department: | 0610 |
| Pay Rate: | $1,380.00 Weekly |
| OT 1.5 Rate: | NA |

| TAX DATA: | Federal | PA Stat |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | 1 | |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | |
| Regular | | | 1,380.00 | 891.00 | 27,324.00 | |
| Personal Pay | | | 0.00 | 9.00 | 276.00 | |
| Vacation Pay | | | 0.00 | 45.00 | 1,380.00 | |
| Appreciation Bonus/Temp Prem | | | 0.00 | | 200.00 | |
| Lump Sum (Discretionary) | | | 0.00 | | 1,100.00 | |
| Bonus (Non-Discr/No 401k) | | | 0.00 | | 1,100.00 | |
| TOTAL: | | 0.00 | 1,380.00 | 945.00 | 31,380.00 | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 129.08 | 2,865.31 |
| Fed MED/EE | 19.10 | 434.96 |
| Fed OASDI/EE | 81.67 | 1,859.81 |
| PA Unempl EE | 0.97 | 21.97 |
| PA Withholding | 40.44 | 920.96 |
| PA SCRANTON CITY (M + SD) LS Tax | 3.00 | 33.00 |
| PA SCRANTON CITY Withholding | 44.79 | 1,019.95 |
| TOTAL: | 319.05 | 7,155.90 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 55.18 | 1,222.13 |
| Traditional Dental | 6.44 | 137.62 |
| Vision Pre-Tax | 1.11 | 23.31 |
| Gerrity's 401k Savings | 41.40 | 902.40 |
| TOTAL: | 104.13 | 2,285.46 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Gerrity Accidental Life | 1.97 | 23.6 |
| 401k Loan 1 Payback (Mbr) | 216.88 | 4,554.4 |
| 401k Loan 2 Payback | 38.90 | 816.9 |
| TOTAL: | 257.75 | 5,395.0 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,380.00 | 1,275.87 | 319.05 | 361.88 | 699.07 |
| YTD | 31,380.00 | 29,094.54 | 7,155.90 | 7,680.48 | 16,543.62 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000042898760 | Checking | ***637 | 699.07 |
| | | | 699.07 |
| TOTAL: | | | |

MESSAGE:

**Gerritys Supermarket INC**
950 North South Rd
Scranton, PA 18504-1430
570/342-4144

| | |
|---|---|
| Pay Begin Date: | 05/17/2026 |
| Pay End Date: | 05/23/2026 |

| | |
|---|---|
| P'Soft Check/Advice #: | 000000042949972 |
| Advice Date: | 05/29/2026 |

**Theresa Cosolito**
916 Luzerne Street
Scranton, PA 18504

| | |
|---|---|
| Employee ID: | 300994167 |
| Store/Div: | 0484 |
| Department: | 0610 |
| Pay Rate: | $1,380.00 Weekly |
| OT 1.5 Rate: | NA |

**TAX DATA:**

| | Federal | PA Stat |
|---|---|---|
| Tax Status: | Single | Singl |
| Allowances: | 1 | ( |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | 
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | | | 1,380.00 | 936.00 | 28,704.00 |
| Personal Pay | | | 0.00 | 9.00 | 276.00 |
| Vacation Pay | | | 0.00 | 45.00 | 1,380.00 |
| Appreciation Bonus/Temp Prem | | | 0.00 | | 200.00 |
| Lump Sum (Discretionary) | | | 0.00 | | 1,100.00 |
| Bonus (Non-Discr/No 401k) | | | 0.00 | | 1,100.00 |
| **TOTAL:** | | **0.00** | **1,380.00** | **990.00** | **32,760.00** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 129.08 | 2,994.39 |
| Fed MED/EE | 19.10 | 454.06 |
| Fed OASDI/EE | 81.67 | 1,941.48 |
| PA Unempl EE | 0.96 | 22.93 |
| PA Withholding | 40.44 | 961.34 |
| PA SCRANTON CITY (M + SD) LS Tax | 3.00 | 36.00 |
| PA SCRANTON CITY Withholding | 44.79 | 1,064.74 |
| **TOTAL:** | **319.04** | **7,474.94** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 55.18 | 1,277.31 |
| Traditional Dental | 6.44 | 144.06 |
| Vision Pre-Tax | 1.11 | 24.42 |
| Gerrity's 401k Savings | 41.40 | 943.80 |
| **TOTAL:** | **104.13** | **2,389.59** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YT |
|---|---|---|
| Gerrity Accidental Life | 1.97 | 25.6 |
| 401k Loan 1 Payback (Mbr) | 216.88 | 4,771.3 |
| 401k Loan 2 Payback | 38.90 | 855.8 |
| **TOTAL:** | **257.75** | **5,652.7** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,380.00 | 1,275.87 | 319.04 | 361.88 | 699.08 |
| YTD | 32,760.00 | 30,370.41 | 7,474.94 | 8,042.36 | 17,242.70 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000042949972 | Checking | ***637 | 699.08 |
| **TOTAL:** | | | **699.08** |

**MESSAGE:**

**Gerritys Supermarket INC**
950 North South Rd
Scranton, PA 18504-1430
570/342-4144

| Pay Begin Date: | 05/24/2026 |
| Pay End Date: | 05/30/2026 |

P'Soft Check/Advice #: 000000043001834
Advice Date: 06/05/2026

**Theresa Cosolito**
916 Luzerne Street
Scranton, PA 18504

| Employee ID: | 300994167 |
| Store/Div: | 0484 |
| Department: | 0610 |
| Pay Rate: | $1,380.00 Weekly |
| OT 1.5 Rate: | NA |

**TAX DATA:**

| | Federal | PA Stat |
|---|---|---|
| Tax Status: | Single | Singl |
| Allowances: | 1 | |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 1,380.00 | 981.00 | 30,084.00 |
| Personal Pay | | | 0.00 | 9.00 | 276.00 |
| Vacation Pay | | | 0.00 | 45.00 | 1,380.00 |
| Appreciation Bonus/Temp Prem | | | 0.00 | | 200.00 |
| Lump Sum (Discretionary) | | | 0.00 | | 1,100.00 |
| Bonus (Non-Discr/No 401k) | | | 0.00 | | 1,100.00 |
| **TOTAL:** | | **0.00** | **1,380.00** | **1,035.00** | **34,140.00** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 129.08 | 3,123.47 |
| Fed MED/EE | 19.10 | 473.16 |
| Fed OASDI/EE | 81.67 | 2,023.15 |
| PA Unempl EE | 0.97 | 23.90 |
| PA Withholding | 40.44 | 1,001.78 |
| PA SCRANTON CITY (M + SD) LS Tax | 3.00 | 39.00 |
| PA SCRANTON CITY Withholding | 44.79 | 1,109.53 |
| **TOTAL:** | **319.05** | **7,793.99** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 55.18 | 1,332.49 |
| Traditional Dental | 6.44 | 150.50 |
| Vision Pre-Tax | 1.11 | 25.53 |
| Gerrity's 401k Savings | 41.40 | 985.20 |
| **TOTAL:** | **104.13** | **2,493.72** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Gerrity Accidental Life | 1.97 | 27.5 |
| 401k Loan 1 Payback (Mbr) | 216.88 | 4,988.2 |
| 401k Loan 2 Payback | 38.90 | 894.7 |
| **TOTAL:** | **257.75** | **5,910.5** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,380.00 | 1,275.87 | 319.05 | 361.88 | 699.07 |
| YTD | 34,140.00 | 31,646.28 | 7,793.99 | 8,404.24 | 17,941.7 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000043001834 | Checking | ***637 | 699.07 |
| **TOTAL:** | | | **699.07** |

**MESSAGE:**

Gerritys Supermarket INC
950 North South Rd
Scranton, PA 18504-1430
570/342-4144

| | |
|---|---|
| Pay Begin Date: | 05/31/2026 |
| Pay End Date: | 06/06/2026 |

| | |
|---|---|
| P'Soft Check/Advice #: | 000000043053621 |
| Advice Date: | 06/12/2026 |

Theresa Cosolito
916 Luzerne Street
Scranton, PA 18504

| | |
|---|---|
| Employee ID: | 300994167 |
| Store/Div: | 0484 |
| Department: | 0610 |
| Pay Rate: | $1,380.00 Weekly |
| OT 1.5 Rate: | NA |

| TAX DATA: | Federal | PA Stat |
|---|---|---|
| Tax Status: | Single | Singl |
| Allowances: | 1 | |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 30.666667 | 36.00 | 1,104.00 | 1,017.00 | 31,188.00 |
| Personal Pay | 30.666667 | 9.00 | 276.00 | 18.00 | 552.00 |
| Vacation Pay | | | 0.00 | 45.00 | 1,380.00 |
| Appreciation Bonus/Temp Prem | | | 0.00 | | 200.00 |
| Lump Sum (Discretionary) | | | 0.00 | | 1,100.00 |
| Bonus (Non-Discr/No 401k) | | | 0.00 | | 1,100.00 |
| **TOTAL:** | | 45.00 | 1,380.00 | 1,080.00 | 35,520.00 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 129.08 | 3,252.55 |
| Fed MED/EE | 19.10 | 492.26 |
| Fed OASDI/EE | 81.67 | 2,104.82 |
| PA Unempl EE | 0.96 | 24.86 |
| PA Withholding | 40.44 | 1,042.22 |
| PA SCRANTON CITY (M + SD) LS Tax | 3.00 | 42.00 |
| PA SCRANTON CITY Withholding | 44.79 | 1,154.32 |
| **TOTAL:** | 319.04 | 8,113.03 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 55.18 | 1,387.67 |
| Traditional Dental | 6.44 | 156.94 |
| Vision Pre-Tax | 1.11 | 26.64 |
| Gerrity's 401k Savings | 41.40 | 1,026.60 |
| **TOTAL:** | 104.13 | 2,597.85 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Gerrity Accidental Life | 1.97 | 29.5 |
| 401k Loan 1 Payback (Mbr) | 216.88 | 5,205.1 |
| 401k Loan 2 Payback | 38.90 | 933.6 |
| **TOTAL:** | 257.75 | 6,168.2 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,380.00 | 1,275.87 | 319.04 | 361.88 | 699.08 |
| YTD | 35,520.00 | 32,922.15 | 8,113.03 | 8,766.12 | 18,640.8 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000043053621 | Checking | ***637 | 699.08 |
| **TOTAL:** | | | 699.08 |

MESSAGE:

**Gerritys Supermarket INC**
950 North South Rd
Scranton, PA  18504-1430
570/342-4144

| | |
|---|---|
| Pay Begin Date: | 06/07/2026 |
| Pay End Date: | 06/13/2026 |

| | |
|---|---|
| P'Soft Check/Advice #: | 000000043104999 |
| Advice Date: | 06/18/2026 |

**Theresa Cosolito**
916 Luzerne Street
Scranton, PA  18504

| | |
|---|---|
| Employee ID: | 300994167 |
| Store/Div: | 0484 |
| Department: | 0610 |
| Pay Rate: | $1,380.00 Weekly |
| OT 1.5 Rate: | NA |

| TAX DATA: | Federal | PA Stat |
|---|---|---|
| Tax Status: | Single | Singl |
| Allowances: | 1 | |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | | | |
| Regular | | | 1,380.00 | 1,062.00 | 32,568.00 | | | |
| Personal Pay | | | 0.00 | 18.00 | 552.00 | | | |
| Vacation Pay | | | 0.00 | 45.00 | 1,380.00 | | | |
| Appreciation Bonus/Temp Prem | | | 0.00 | | 200.00 | | | |
| Lump Sum (Discretionary) | | | 0.00 | | 1,100.00 | | | |
| Bonus (Non-Discr/No 401k) | | | 0.00 | | 1,100.00 | | | |
| **TOTAL:** | | **0.00** | **1,380.00** | **1,125.00** | **36,900.00** | | | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 129.08 | 3,381.63 |
| Fed MED/EE | 19.10 | 511.36 |
| Fed OASDI/EE | 81.67 | 2,186.49 |
| PA Unempl EE | 0.97 | 25.83 |
| PA Withholding | 40.44 | 1,082.66 |
| PA SCRANTON CITY (M + SD) LS Tax | 3.00 | 45.00 |
| PA SCRANTON CITY Withholding | 44.79 | 1,199.11 |
| **TOTAL:** | **319.05** | **8,432.08** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 55.18 | 1,442.85 |
| Traditional Dental | 6.44 | 163.38 |
| Vision Pre-Tax | 1.11 | 27.75 |
| Gerrity's 401k Savings | 41.40 | 1,068.00 |
| **TOTAL:** | **104.13** | **2,701.98** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YT |
|---|---|---|
| Gerrity Accidental Life | 1.97 | 31.5 |
| 401k Loan 1 Payback (Mbr) | 216.88 | 5,422.0 |
| 401k Loan 2 Payback | 38.90 | 972.5 |
| **TOTAL:** | **257.75** | **6,426.0** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,380.00 | 1,275.87 | 319.05 | 361.88 | 699.0 |
| YTD | 36,900.00 | 34,198.02 | 8,432.08 | 9,128.00 | 19,339.9 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000043104999 | Checking | ***637 | 699.07 |
| **TOTAL:** | | | **699.07** |

**MESSAGE:**

**Gerritys Supermarket INC**
950 North South Rd
Scranton, PA 18504-1430
570/342-4144

| Pay Begin Date: | 06/14/2026 |
| Pay End Date: | 06/20/2026 |

| P'Soft Check/Advice #: | 000000043156237 |
| Advice Date: | 06/26/2026 |

**Theresa Cosolito**
916 Luzerne Street
Scranton, PA 18504

| Employee ID: | 300994167 |
| Store/Div: | 0484 |
| Department: | 0610 |
| Pay Rate: | $1,380.00 Weekly |
| OT 1.5 Rate: | NA |

| TAX DATA: | Federal | PA Stat |
|---|---|---|
| Tax Status: | Single | Singl |
| Allowances: | 1 | |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | | | 1,380.00 | 1,107.00 | 33,948.00 | Fed Withholding | 129.08 | 3,510.71 |
| Personal Pay | | | 0.00 | 18.00 | 552.00 | Fed MED/EE | 19.10 | 530.46 |
| Vacation Pay | | | 0.00 | 45.00 | 1,380.00 | Fed OASDI/EE | 81.67 | 2,268.16 |
| Appreciation Bonus/Temp Prem | | | 0.00 | | 200.00 | PA Unempl EE | 0.97 | 26.80 |
| Lump Sum (Discretionary) | | | 0.00 | | 1,100.00 | PA Withholding | 40.44 | 1,123.10 |
| Bonus (Non-Discr/No 401k) | | | 0.00 | | 1,100.00 | PA SCRANTON CITY (M + SD) LS Tax | 3.00 | 48.00 |
| | | | | | | PA SCRANTON CITY Withholding | 44.79 | 1,243.90 |
| **TOTAL:** | | **0.00** | **1,380.00** | **1,170.00** | **38,280.00** | **TOTAL:** | **319.05** | **8,751.1** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD | Description | Current | YT |
|---|---|---|---|---|---|
| Managed Care-Pre Tax | 55.18 | 1,498.03 | Gerrity Accidental Life | 1.97 | 33.4 |
| Traditional Dental | 6.44 | 169.82 | 401k Loan 1 Payback (Mbr) | 216.88 | 5,638.8 |
| Vision Pre-Tax | 1.11 | 28.86 | 401k Loan 2 Payback | 38.90 | 1,011.4 |
| Gerrity's 401k Savings | 41.40 | 1,109.40 | | | |
| **TOTAL:** | **104.13** | **2,806.11** | **TOTAL:** | **257.75** | **6,683.7** |

## AFTER-TAX DEDUCTIONS

(included in table above)

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,380.00 | 1,275.87 | 319.05 | 361.88 | 699.0 |
| YTD | 38,280.00 | 35,473.89 | 8,751.13 | 9,489.88 | 20,038.9 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000043156237 | Checking | ***637 | 699.07 |
| **TOTAL:** | | | **699.07** |

**MESSAGE:**

Case 5:26-bk-02048   Doc 4   Filed 07/21/26   Entered 07/21/26 20:34:51   Desc Main
Document    Page 7 of 9

**Gerritys Supermarket INC**
950 North South Rd
Scranton, PA 18504-1430
570/342-4144

| Pay Begin Date: | 06/21/2026 |
| Pay End Date: | 06/27/2026 |

| P'Soft Check/Advice #: | 000000043207452 |
| Advice Date: | 07/02/2026 |

**Theresa Cosolito**
916 Luzerne Street
Scranton, PA 18504

| Employee ID: | 300994167 |
| Store/Div: | 0484 |
| Department: | 0610 |
| Pay Rate: | $1,380.00 Weekly |
| OT 1.5 Rate: | NA |

**TAX DATA:**

| | Federal | PA Stat |
|---|---|---|
| Tax Status: | Single | Singl |
| Allowances: | 1 | |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 30.666667 | 36.00 | 1,104.00 | 1,143.00 | 35,052.00 |
| Personal Pay | 30.666667 | 9.00 | 276.00 | 27.00 | 828.00 |
| Vacation Pay | | | 0.00 | 45.00 | 1,380.00 |
| Appreciation Bonus/Temp Prem | | | 0.00 | | 200.00 |
| Lump Sum (Discretionary) | | | 0.00 | | 1,100.00 |
| Bonus (Non-Discr/No 401k) | | | 0.00 | | 1,100.00 |
| **TOTAL:** | | **45.00** | **1,380.00** | **1,215.00** | **39,660.00** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 129.08 | 3,639.7 |
| Fed MED/EE | 19.10 | 549.5 |
| Fed OASDI/EE | 81.67 | 2,349.8 |
| PA Unempl EE | 0.96 | 27.7 |
| PA Withholding | 40.44 | 1,163.5 |
| PA SCRANTON CITY (M + SD) LS Tax | 3.00 | 51.0 |
| PA SCRANTON CITY Withholding | 44.79 | 1,288.6 |
| **TOTAL:** | **319.04** | **9,070.1** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 55.18 | 1,553.21 |
| Traditional Dental | 6.44 | 176.26 |
| Vision Pre-Tax | 1.11 | 29.97 |
| Gerrity's 401k Savings | 41.40 | 1,150.80 |
| **TOTAL:** | **104.13** | **2,910.24** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YT |
|---|---|---|
| Gerrity Accidental Life | 1.97 | 35.4 |
| 401k Loan 1 Payback (Mbr) | 216.88 | 5,855. |
| 401k Loan 2 Payback | 38.90 | 1,050. |
| **TOTAL:** | **257.75** | **6,941.** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PA |
|---|---|---|---|---|---|
| Current | 1,380.00 | 1,275.87 | 319.04 | 361.88 | 699.0 |
| YTD | 39,660.00 | 36,749.76 | 9,070.17 | 9,851.76 | 20,738.0 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000043207452 | Checking | ***637 | 699.08 |
| **TOTAL:** | | | **699.08** |

MESSAGE:

**Gerritys Supermarket INC**
950 North South Rd
Scranton, PA 18504-1430
570/342-4144

| | |
|---|---|
| Pay Begin Date: | 06/28/2026 |
| Pay End Date: | 07/04/2026 |

| | |
|---|---|
| P'Soft Check/Advice #: | 000000043259164 |
| Advice Date: | 07/10/2026 |

Theresa Cosolito
916 Luzerne Street
Scranton, PA 18504

| | |
|---|---|
| Employee ID: | 300994167 |
| Store/Div: | 0484 |
| Department: | 0610 |
| Pay Rate: | $1,380.00 Weekly |
| OT 1.5 Rate: | NA |

| TAX DATA: | Federal | PA Stat |
|---|---|---|
| Tax Status: | Single | Singl |
| Allowances: | 1 | |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 1,380.00 | 1,188.00 | 36,432.00 |
| Personal Pay | | | 0.00 | 27.00 | 828.00 |
| Vacation Pay | | | 0.00 | 45.00 | 1,380.00 |
| Appreciation Bonus/Temp Prem | | | 0.00 | | 200.00 |
| Lump Sum (Discretionary) | | | 0.00 | | 1,100.00 |
| Bonus (Non-Discr/No 401k) | | | 0.00 | | 1,100.00 |
| **TOTAL:** | | **0.00** | **1,380.00** | **1,260.00** | **41,040.00** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 129.08 | 3,768.8 |
| Fed MED/EE | 19.10 | 568.6 |
| Fed OASDI/EE | 81.68 | 2,431.5 |
| PA Unempl EE | 0.97 | 28.7 |
| PA Withholding | 40.44 | 1,203.9 |
| PA SCRANTON CITY (M + SD) LS Tax | 3.00 | 54.0 |
| PA SCRANTON CITY Withholding | 44.79 | 1,333.4 |
| **TOTAL:** | **319.06** | **9,389.2** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 55.18 | 1,608.39 |
| Traditional Dental | 6.44 | 182.70 |
| Vision Pre-Tax | 1.11 | 31.08 |
| Gerrity's 401k Savings | 41.40 | 1,192.20 |
| **TOTAL:** | **104.13** | **3,014.37** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YT |
|---|---|---|
| Gerrity Accidental Life | 1.97 | 37.4 |
| 401k Loan 1 Payback (Mbr) | 216.88 | 6,072.6 |
| 401k Loan 2 Payback | 38.90 | 1,089.2 |
| **TOTAL:** | **257.75** | **7,199.** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PA |
|---|---|---|---|---|---|
| Current | 1,380.00 | 1,275.87 | 319.06 | 361.88 | 699.0 |
| YTD | 41,040.00 | 38,025.63 | 9,389.23 | 10,213.64 | 21,437.1 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000043259164 | Checking | ***637 | 699.06 |
| **TOTAL:** | | | **699.06** |

**MESSAGE:**

**Gerritys Supermarket INC**
950 North South Rd
Scranton, PA 18504-1430
570/342-4144

| | |
|---|---|
| Pay Begin Date: | 07/05/2026 |
| Pay End Date: | 07/11/2026 |

P'Soft Check/Advice #: 000000043310189
Advice Date: 07/17/2026

**Theresa Cosolito**
916 Luzerne Street
Scranton, PA 18504

| | |
|---|---|
| Employee ID: | 300994167 |
| Store/Div: | 0484 |
| Department: | 0610 |
| Pay Rate: | $1,380.00 Weekly |
| OT 1.5 Rate: | NA |

**TAX DATA:**

| | Federal | PA Stat |
|---|---|---|
| Tax Status: | Single | Singl |
| Allowances: | 1 | |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 1,380.00 | 1,233.00 | 37,812.00 |
| Personal Pay | | | 0.00 | 27.00 | 828.00 |
| Vacation Pay | | | 0.00 | 45.00 | 1,380.00 |
| Appreciation Bonus/Temp Prem | | | 0.00 | | 200.00 |
| Lump Sum (Discretionary) | | | 0.00 | | 1,100.00 |
| Bonus (Non-Discr/No 401k) | | | 0.00 | | 1,100.00 |
| **TOTAL:** | | **0.00** | **1,380.00** | **1,305.00** | **42,420.00** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 129.08 | 3,897.9 |
| Fed MED/EE | 19.10 | 587.7 |
| Fed OASDI/EE | 81.67 | 2,513.1 |
| PA Unempl EE | 0.96 | 29.6 |
| PA Withholding | 40.44 | 1,244.4 |
| PA SCRANTON CITY (M + SD) LS Tax | 3.00 | 57.0 |
| PA SCRANTON CITY Withholding | 44.79 | 1,378.2 |
| **TOTAL:** | **319.04** | **9,708.2** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 55.18 | 1,663.57 |
| Traditional Dental | 6.44 | 189.14 |
| Vision Pre-Tax | 1.11 | 32.19 |
| Gerrity's 401k Savings | 41.40 | 1,233.60 |
| **TOTAL:** | **104.13** | **3,118.50** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YT |
|---|---|---|
| Gerrity Accidental Life | 1.97 | 39.4 |
| 401k Loan 1 Payback (Mbr) | 216.88 | 6,289. |
| 401k Loan 2 Payback | 38.90 | 1,128.1 |
| **TOTAL:** | **257.75** | **7,457.** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PA |
|---|---|---|---|---|---|
| Current | 1,380.00 | 1,275.87 | 319.04 | 361.88 | 699.0 |
| YTD | 42,420.00 | 39,301.50 | 9,708.27 | 10,575.52 | 22,136.2 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000043310189 | Checking | ***637 | 699.08 |
| **TOTAL:** | | | **699.08** |

**MESSAGE:**