**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re Theresa Cosolito,<br>　　　　Debtor | Chapter 13<br><br>Case No. 5:26-bk-02048 |
| Theresa Cosolito,<br>　　　　Movant | |
| v. | |
| Gerrity's Supermarket Inc.,<br>　　　　Respondent | |

### DEBTOR'S MOTION TO AUTHORIZE WAGE ATTACHMENT

Debtor, Theresa Coslito, respectfully represents:

1.　　Debtor filed a Chapter 13 Plan.

2.　　Debtor receives regular income from employment with Respondent, which may be

attached under 11 U.S.C. § 1326 to fund the payments required by the Chapter 13 Plan.

3.　　The likelihood of success in this case will increase if the motion is granted.

4.　　Debtor consents to the wage attachment.

WHEREFORE, Debtor respectfully asks the Court to enter the attached Order granting

the wage attachment.


Date: July 21, 2026

/s/ Carlo Sabatini
Carlo Sabatini, Attorney for Debtor
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570)341-9000
Facsimile (570)504-2769
Email ecf@bankruptcypa.com
Bar Number PA 83831