United States Bankruptcy Court
Middle District of Pennsylvania

In re: Theresa Cosolito
Debtor

Case No. 26-02048-MJC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5 | User: AutoDocke | Page 1 of 3
Date Rcvd: Aug 24, 2026 | Form ID: ntcnfhrg | Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theresa Cosolito, 916 Luzerne St, Scranton, PA 18504-2644 |
| cr | + | Select Portfolio Servicing, Inc. as Servicer for U, Freidman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| 5819588 | + | Gerrity's Supermarket Retirement Plan, 950 North South Rd, Scranton, PA 18504-1430 |
| 5819589 | | HNL Lab Medicine, PO Box 789581, Philadelphia, PA 19178-9581 |
| 5819591 | | Joel M. Flink, Esq., The Law Offices of Frederic I. Weinberg, 375 E Elm St, Ste 210, Conshohocken, PA 19428-1973 |
| 5819592 | + | Kia Finance America, PO Box 629027, El Dorado Hills, CA 95762-9027 |
| 5819595 | | Lackawanna County, Tax Collector, PO Box 709, Scranton, PA 18501-0709 |
| 5819599 | + | National Agency Solutions (NAS), 7313 Merchant Ct, Sarasota, FL 34240-8437 |
| 5819600 | + | PA American Water, PO Box 37142, Pittsburgh , PA 15250-0001 |
| 5819604 | + | Samantha Lyles, 800 Parker St, Scranton, PA 18509-1123 |
| 5819605 | + | Scranton City Treasury, 340 N Washington Ave, Scranton, PA 18503-1523 |
| 5819606 | + | Scranton Department of Public Works, 101 W Poplar Ave, Scranton, PA 18509-2616 |
| 5819607 | | Scranton School District, Tax Collector, PO Box 709, Scranton, PA 18501-0709 |
| 5819608 | + | Scranton Single Tax Office, 315 Franklin Ave, Scranton, PA 18503-1201 |
| 5819613 | | TBOM/CCI MC, Attn: Bankruptcy, 906 N Kingshighway St, Perryville, MO 63775-1204 |
| 5819615 | + | The Wright Center, 501 S Washington Ave Ste 1000, Scranton, PA 18505-3805 |
| 5819616 | + | UGI, PO BOX 15503, Wilmington , DE 19850-5503 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5819571 | Email/Text: mnapoletano@ars-llc.biz | Aug 24 2026 19:02:00 | Ability Recovery Services LLC, PO Box 4262, Scranton, PA 18505-6262 |
| 5826249 | Email/PDF: bncnotices@becket-lee.com | Aug 24 2026 19:01:35 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5819572 | Email/PDF: bncnotices@becket-lee.com | Aug 24 2026 19:01:21 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5819573 | Email/PDF: bncnotices@becket-lee.com | Aug 24 2026 19:01:35 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 5819574 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 24 2026 19:02:00 | Apple Card/GS Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5819575 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 24 2026 19:02:00 | Apple Card/GS Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 5819576 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 24 2026 19:01:00 | Bank of America, Attn: Bankruptcy, PO Box 15019, Wilmington, DE 19886-5019 |
| 5819577 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 24 2026 19:01:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5819578 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 24 2026 19:01:28 | Barclays Bank/Old Navy, Attn: Bankruptcy, PO Box 96506, Orlando, FL 32896-5065 |
| 5819579 | Email/Text: BarclaysBankDelaware@tsico.com | | |

| | | | |
|---|---|---|---|
| | | Aug 24 2026 19:02:00 | Barclays Bank/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 5819580 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 24 2026 19:01:28 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5819581 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 24 2026 19:01:21 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5819582 | ^ MEBN | Aug 24 2026 18:57:18 | Client Services Inc., 514 Earth City Expy, Suite 310, Earth City, MO 63045-1303 |
| 5819583 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 24 2026 19:02:00 | Comenity Bank/Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5819584 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 24 2026 19:02:00 | Comenity Bank/Torrid, PO Box 182789, Columbus, OH 43218-2789 |
| 5819585 | Email/PDF: creditonebknotifications@resurgent.com | Aug 24 2026 19:01:28 | Credit One Bank NA, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5819586 | Email/PDF: creditonebknotifications@resurgent.com | Aug 24 2026 19:01:21 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5819587 | Email/Text: mrdiscen@discover.com | Aug 24 2026 19:02:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5821401 | ^ MEBN | Aug 24 2026 18:56:45 | FRIEDMAN VARTOLO LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5826965 | ^ MEBN | Aug 24 2026 18:56:41 | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 5819590 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 24 2026 19:02:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5819593 | ^ MEBN | Aug 24 2026 18:56:50 | Kia Finance America, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 5819594 | ^ MEBN | Aug 24 2026 18:56:48 | Kia Finance America, Attn: Bankruptcy, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 5825038 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2026 19:01:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5825075 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 24 2026 19:01:21 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5819596 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 24 2026 19:01:20 | Merrick Bank Corp, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5819597 | ^ MEBN | Aug 24 2026 18:57:19 | Michael J Dougherty, Esq., Weltman, Weinberg & Reis CO., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |
| 5819598 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 24 2026 19:02:00 | Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5819601 | Email/Text: bankruptcies@penncredit.com | Aug 24 2026 19:02:00 | Penn Credit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 5819602 | ^ MEBN | Aug 24 2026 18:57:16 | PPL, PO BOX 419054, St Louis, MO 63141-9054 |
| 5819603 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2026 19:01:21 | Resurgent Acquisitions LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 5819610 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 24 2026 19:02:00 | Select Portfolio Servicing, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 5819609 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 24 2026 19:02:00 | Select Portfolio Servicing, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5819612 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 24 2026 19:01:28 | Syncb/Lowes, PO Box 71727, Philadelphia, PA |

| | | | |
|---|---|---|---|
| | | | 19176-1727 |
| 5819611 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 24 2026 19:01:28 | Syncb/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5819614 | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 24 2026 19:02:00 | TBOM/CCI MC, 14600 Northwest, Beaverton, OR 97006 |
| 5819618 | Email/Text: bknotice@upgrade.com | Aug 24 2026 19:01:00 | Upgrade Inc, 2 N Central Ave, Fl 10, Phoenix, AZ 85004-2322 |
| 5819617 | Email/Text: bknotice@upgrade.com | Aug 24 2026 19:01:00 | Upgrade Inc, Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 5820235 | Email/Text: bknotice@upgrade.com | Aug 24 2026 19:01:00 | Upgrade, Inc., 2 N Central Ave Floor #10, Phoenix, AZ 85004 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Theresa Cosolito usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Lauren Marie Moyer | on behalf of Creditor Select Portfolio Servicing Inc. as Servicer for U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity b bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Theresa Cosolito,

**Debtor 1**

Chapter 13

Case No. 5:26−bk−02048−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 24, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 1, 2026<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 24, 2026 |

ntcnfhrg (08/21)