United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Theresa Cosolito
Debtor

Case No. 26-02048-MJC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5 | User: AutoDocke | 
Date Rcvd: Aug 24, 2026 | Form ID: pdf002 | Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theresa Cosolito, 916 Luzerne St, Scranton, PA 18504-2644 |
| cr | + | Select Portfolio Servicing, Inc. as Servicer for U, Freidman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| 5819588 | + | Gerrity's Supermarket Retirement Plan, 950 North South Rd, Scranton, PA 18504-1430 |
| 5819589 | | HNL Lab Medicine, PO Box 789581, Philadelphia, PA 19178-9581 |
| 5819591 | | Joel M. Flink, Esq., The Law Offices of Frederic I. Weinberg, 375 E Elm St, Ste 210, Conshohocken, PA 19428-1973 |
| 5819592 | + | Kia Finance America, PO Box 629027, El Dorado Hills, CA 95762-9027 |
| 5819595 | | Lackawanna County, Tax Collector, PO Box 709, Scranton, PA 18501-0709 |
| 5819599 | + | National Agency Solutions (NAS), 7313 Merchant Ct, Sarasota, FL 34240-8437 |
| 5819600 | + | PA American Water, PO Box 37142, Pittsburgh , PA 15250-0001 |
| 5819604 | + | Samantha Lyles, 800 Parker St, Scranton, PA 18509-1123 |
| 5819605 | + | Scranton City Treasury, 340 N Washington Ave, Scranton, PA 18503-1523 |
| 5819606 | + | Scranton Department of Public Works, 101 W Poplar Ave, Scranton, PA 18509-2616 |
| 5819607 | | Scranton School District, Tax Collector, PO Box 709, Scranton, PA 18501-0709 |
| 5819608 | + | Scranton Single Tax Office, 315 Franklin Ave, Scranton, PA 18503-1201 |
| 5819613 | | TBOM/CCI MC, Attn: Bankruptcy, 906 N Kingshighway St, Perryville, MO 63775-1204 |
| 5819615 | + | The Wright Center, 501 S Washington Ave Ste 1000, Scranton, PA 18505-3805 |
| 5819616 | + | UGI, PO BOX 15503, Wilmington , DE 19850-5503 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5819571 | Email/Text: mnapoletano@ars-llc.biz | Aug 24 2026 19:02:00 | Ability Recovery Services LLC, PO Box 4262, Scranton, PA 18505-6262 |
| 5826249 | Email/PDF: bncnotices@becket-lee.com | Aug 24 2026 19:01:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5819572 | Email/PDF: bncnotices@becket-lee.com | Aug 24 2026 19:01:35 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5819573 | Email/PDF: bncnotices@becket-lee.com | Aug 24 2026 19:01:28 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 5819574 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 24 2026 19:02:00 | Apple Card/GS Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5819575 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 24 2026 19:02:00 | Apple Card/GS Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 5819576 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 24 2026 19:01:00 | Bank of America, Attn: Bankruptcy, PO Box 15019, Wilmington, DE 19886-5019 |
| 5819577 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 24 2026 19:01:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5819578 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 24 2026 19:01:28 | Barclays Bank/Old Navy, Attn: Bankruptcy, PO Box 96506, Orlando, FL 32896-5065 |
| 5819579 | Email/Text: BarclaysBankDelaware@tsico.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 24 2026 19:02:00 | Barclays Bank/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 5819580 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 24 2026 19:01:28 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5819581 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 24 2026 19:01:34 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5819582 | ^ | MEBN | Aug 24 2026 18:57:18 | Client Services Inc., 514 Earth City Expy, Suite 310, Earth City, MO 63045-1303 |
| 5819583 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 24 2026 19:02:00 | Comenity Bank/Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5819584 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 24 2026 19:02:00 | Comenity Bank/Torrid, PO Box 182789, Columbus, OH 43218-2789 |
| 5819585 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 24 2026 19:01:21 | Credit One Bank NA, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5819586 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 24 2026 19:01:21 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5819587 | | Email/Text: mrdiscen@discover.com | Aug 24 2026 19:02:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5821401 | ^ | MEBN | Aug 24 2026 18:56:46 | FRIEDMAN VARTOLO LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5826965 | ^ | MEBN | Aug 24 2026 18:56:42 | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 5819590 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 24 2026 19:02:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5819593 | ^ | MEBN | Aug 24 2026 18:56:50 | Kia Finance America, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 5819594 | ^ | MEBN | Aug 24 2026 18:56:49 | Kia Finance America, Attn: Bankruptcy, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 5825038 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2026 19:01:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5825075 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 24 2026 19:01:20 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5819596 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 24 2026 19:01:34 | Merrick Bank Corp, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5819597 | ^ | MEBN | Aug 24 2026 18:57:20 | Michael J Dougherty, Esq., Weltman, Weinberg & Reis CO., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |
| 5819598 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 24 2026 19:02:00 | Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5819601 | | Email/Text: bankruptcies@penncredit.com | Aug 24 2026 19:02:00 | Penn Credit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 5819602 | ^ | MEBN | Aug 24 2026 18:57:16 | PPL, PO BOX 419054, St Louis, MO 63141-9054 |
| 5819603 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2026 19:01:29 | Resurgent Acquisitions LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 5819610 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 24 2026 19:02:00 | Select Portfolio Servicing, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 5819609 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 24 2026 19:02:00 | Select Portfolio Servicing, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5819612 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 24 2026 19:01:20 | Syncb/Lowes, PO Box 71727, Philadelphia, PA |

| | | | |
|---|---|---|---|
| | | | 19176-1727 |
| 5819611 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 24 2026 19:01:28 | Syncb/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5819614 | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 24 2026 19:02:00 | TBOM/CCI MC, 14600 Northwest, Beaverton, OR 97006 |
| 5819618 | Email/Text: bknotice@upgrade.com | Aug 24 2026 19:01:00 | Upgrade Inc, 2 N Central Ave, Fl 10, Phoenix, AZ 85004-2322 |
| 5819617 | Email/Text: bknotice@upgrade.com | Aug 24 2026 19:01:00 | Upgrade Inc, Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 5820235 | Email/Text: bknotice@upgrade.com | Aug 24 2026 19:01:00 | Upgrade, Inc., 2 N Central Ave Floor #10, Phoenix, AZ 85004 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Theresa Cosolito usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Lauren Marie Moyer | on behalf of Creditor Select Portfolio Servicing Inc. as Servicer for U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity b bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Theresa Cosolito | CHAPTER 13<br><br>CASE NO.<br><br>X ORIGINAL PLAN<br>___ AMENDED PLAN (Indicate 1ST, 2ND, 3RD, etc.)<br>0 Number of Motions to Avoid Liens<br>0 Number of Motions to Value Collateral |

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | [X] Included | [ ] Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | [ ] Included | [X] Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | [ ] Included | [X] Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1. PLAN FUNDING AND LENGTH OF PLAN.**

**A. Plan Payments From Future Income**

1. To date, the Debtor paid $0.00 (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $39,005.00 , plus other payments and property stated in § 1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 08/2026 | 05/2028 | 50.00 | 0.00 | 50.00 | 1,100.00 |
| 06/2028 | 04/2030 | 930.00 | 0.00 | 930.00 | 21,390.00 |
| 05/2030 | 07/2031 | 1,101.00 | 0.00 | 1,101.00 | 16,515.00 |
| | | | | Total Payments: | 39,005.00 |

2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage

payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ____ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

 X  Debtor is over median income. Debtor calculates that a minimum of $36,037.32 must be paid to allowed unsecured creditors in order to comply with the Means Test.

**B. Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $28,475.29 . (Liquidation value is calculated as the value of all non- exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

 X  No assets will be liquidated. *If this line is checked, skip § 1.B.2 and complete § 1.B.3 if applicable.*

**2. SECURED CLAIMS.**

**A. Pre-Confirmation Distributions. Check one.**

 X  None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

**B. Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

 X  None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

**C. Arrears, including, but not limited to, claims secured by Debtor's principal residence.** *Check one.*

___ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

 X  The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Select Portfolio Servicing | 916 Luzerne St, Scranton, PA | 0.00 | 0.00 | 0.00 |
| **Various Property Taxes See § 9.B** | 916 Luzerne St, Scranton, PA | 2,519.71 | 0.00 | 2,519.71 |
| Kia Finance America | Kia Forte 2024 | 0.00 | 0.00 | 0.00 |

**D.** **Other secured claims (conduit payments, claims for which a § 506 valuation is not applicable, etc.)**

X None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

**E.** **Secured claims for which a § 506 valuation is applicable.** *Check one.*

X None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

**F.** **Surrender of Collateral.** *Check one.*

X None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

**G.** **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

X None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

**3. PRIORITY CLAIMS.**

**A.** **Administrative Claims**

1. Trustee's Fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2. Attorney's fees. Complete only one of the following options:

   a. In addition to the retainer of ____________ already paid by the Debtor, the amount of ____________ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

   b. The balance of fees owed to the attorney for the debtor(s) is estimated to be $ less than $29,433.00 This estimate is used in determining compliance with § 1322(a)(2) and feasibility under § 1325(a)(6). Additional fees may be approved under § 330. If allowance of such fees would alter the treatment or distribution to secured or priority creditors under this plan, the debtor must seek modification under § 1329. Approved fees may reduce the distribution to general unsecured creditor consistent with the priority scheme established in this plan.

3. Other. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one of the following two lines.*

   X None. If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.

**B.** **Priority Claims (including certain Domestic Support Obligations)**

Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| Internal Revenue Service | 555.31 |

**C.** **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

X None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

**4. UNSECURED CLAIMS**

**A.** **Claims of Unsecured Nonpriority Creditors Specially Classified.** *Check one of the following two lines.*

X None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

**B.** **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

**5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** ***Check one of the following two lines.***

X None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

**6. VESTING OF PROPERTY OF THE ESTATE.**

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:* **See § 9.**

___plan confirmation.
___entry of discharge.
___closing of case.

**7. DISCHARGE: (Check one)**

( x ) The debtor will seek a discharge pursuant to § 1328(a).

( ) The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: Pre-Confirmation Distributions listed in ¶ 2.A
Level 2: Debtor's Attorney's Fees in ¶ 3.A.(2)
Level 3: Domestic Support Obligations
Level 4: Amounts listed in ¶ 2.E, pro rata
Level 5: Amounts listed in ¶ 2.C, pro rata. If a claim is filed the allowed amount of the arrearage shall be paid.
Level 6: Amounts listed in ¶ 2.D, pro rata
Level 7: Amounts listed in ¶ 4.A, pro rata
Level 8: Priority amounts of non-Level 3 allowed claims listed in ¶ 3.B, pro rata
Level 9: General unsecured claims

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.*

**9. NONSTANDARD PLAN PROVISIONS**

**A.** **Vesting of Property.** Property of the estate vests in the debtor on confirmation, except for: (i ) assets listed in Part 1 of Schedule A/B, which vest when the case closes and (ii) any asset that Debtor acquires post-confirmation and discloses on Schedule A/B, which vests upon discharge.

**B. Taxes on Debtor's Residence.** Debtor owes real estate taxes to various entities. All of those taxes are being collected by Cathy Nealon Wechsler as of the petition date. The amounts required to be paid by the trustee for those claims shall be the amounts stated on the creditor's or its agent's allowed proof of claim plus monthly interest on any pre-petition principal to be calculated by the trustee at the annual interest rate stated on the creditor's proof of claim, but not to exceed 10%. No interest shall be paid on pre-petition interest, attorney's fees, or court costs. The Debtor may file the claim in the name of the entity that was the creditor on the date the petition was filed, or in the name of any subsequent assignee, transferee, or agent. Upon completion of the plan, all such taxes will be treated as paid in full.

Dated: July 21, 2026

__________________________________
Attorney for Debtor

__________________________________
Debtor

__________________________________
Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.